# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW E. ORSO, et al.,

    Plaintiff(s),

v.

TODD DISNER, et al.,

    Defendant(s).

Case No. 2:23-cv-01644-JAD-NJK

**ORDER TO SHOW CAUSE**

The request for writ of execution was denied months ago. *See* Docket No. 9. No action has been taken since that time. Plaintiffs are hereby ORDERED to show cause in writing, no later than May 10, 2024, why the case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: April 18, 2024

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge