# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW E. ORSO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>GLENN BENTLEY, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-01644-JAD-NJK<br><br>**Order**<br><br>[Docket No. 11] |

Pending before the Court is the motion for Nationwide Judgment Recovery to be substituted as Plaintiff in place of Matthew E. Orso. Docket No. 11. No response has been filed. Upon a transfer of interest, the Court may allow substitution of parties. Fed. R. Civ. P. 25(c). Such substitution is appropriate and necessary here to enforce the judgment. *See, e.g.*, *Orso v. Woodard*, 2024 WL 2059367, at *2 (D. Nev. May 3, 2024). Accordingly, the motion to substitute is **GRANTED**. The Clerk's Office is **INSTRUCTED** to substitute Plaintiff Matthew E. Orso with Nationwide Judgment Recovery, Inc.

　　　　IT IS SO ORDERED.

　　　　Dated: June 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1